IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00093 |
| | ) | |
| | ) | |
| LEO KELLY | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as counsel in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
D.C. Bar No. 993523
712 H St. N.E.
Unit 509
Washington D.C., 20002
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 8th day of February, 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West