UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-MJ-00093 (ZMF) |
| | : | |
| **LEO CHRISTOPHER KELLY,** | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Status Hearing in the above-captioned matter, currently scheduled for August 9, 2021 until a date after, September 9, 2021. In support thereof, the government states as follows:

1. On January 18, 2021, the defendant was arrested and charged by Criminal Complaint with one count of Obstruction, in violation of Unlawful Entry on Capitol Grounds, violation of 18 U.S.C. § 1752(a)(1) and (4). On February 9, 2021, the Honorable Judge Meriweather ordered that the defendant remain on release subject to monitoring conditions. A preliminary hearing was set for March 8, 2021, the defendant waived the hearing. A status hearing was set for April 7, 2021 and continued until May 10th and then July 9th, 2021.

2. The government and counsel for the defendant have conferred and are continuing to communicate in an effort to resolve this matter. The government is also gathering discovery to provide to counsel for the defendant.

3. The parties, therefore, would respectfully request that the status hearing be continued

until a date after September 9, 2021.  The parties agree that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and that this adjournment will allow the parties to continue negotiations in an effort to achieve a resolution before trial.  Therefore, the parties agree that pursuant to 18 U.S.C. § 3161, the time from August 9, 2021 through the next court date shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until September 9, 2021, or to a date after that date convenient to the Court's calendar.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING U.S. ATTORNEY
        D.C. BAR NO. 415793

By:    /s/_____
       Kenya K. Davis
       Assistant United States Attorney
       D.C. Bar No. 502305
       U.S. Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-252-7059
       Kenya.Davis@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **CRIMINAL NO. 21-MJ-00093(ZMF)** |
| : | |
| **LEO CHRISTOPHER KELLY,** : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the parties shall appear for a Status Hearing at_____ on September _____, 2021.  It is further

ORDERED that pursuant to the representations made by the parties, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161, the time from August 9, 2021 through September ____, 2021 shall be excluded in computing the date for speedy trial in this case.

_____
The Honorable Judge Robin M. Meriweather