UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. 1:21-cr-00708-RCL-1 |
| | : | |
| LEO CHRISTOPHER KELLY, | : | |
| | : | |
| Defendant. | : | |

ORDER

This matter comes before the Court on a motion by the government to extend time to file motions in limine from July 15, 2022, to a date the Court later determines. The defendant consents to the motion. For good cause having been shown, the Court GRANTS the government's motion and extends the time to file motions in limine to a date the Court shall later establish in a separate order.

SO ORDERED.

Date: ___July 19___, 2022.

_____
Hon. Royce C. Lamberth
United States District Judge