# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-708 (RCL) |
| | : | |
| **LEO CHRISTOPHER KELLY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully informs the Court that Trial Attorney Ashley Akers will appear for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY: */s/ Ashley Akers*
ASHLEY AKERS
Trial Attorney, Detailee
MO Bar No. 69601
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov

MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
(919) 856-4530
Mike.James@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 25th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Ashley Akers*
Ashley Akers
Trial Attorney
