# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-21-CR-708(RCL) |
| LEO KELLY, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

The Defendant, LEO KELLY, by and through his counsel, Kira Anne West, hereby files this notice of filing of 3 exhibits that were not attached to the motion for change of venue, ECF No. 48, previously filed on November 15, 2022. The exhibits are attached to this notice of filing.

Respectfully submitted,

_____/s/_____
Kira Anne West
712 H Street NE
Suite 509
Washington, D.C. 20001
D.C. Bar No. 993523
 (202) 236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I swear that on November 18th, 2022 a copy of this notice and 3 exhibits were filed via the ECF and rules of this Court.

/s/
Kira A. West