UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00708-RCL-1 |
| | : | |
| LEO CHRISTOPHER KELLY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF CORRECTION RE: MOTIONS IN LIMINE, ECF 57 and 58**

The government's motions in limine, ECF 57 and 58, states that the defendant was arrested by law enforcement officers on February 9, 2021, *see* ECF 57 at 5; ECF 58 at 6. That is incorrect. The defendant was arrested on January 18, 2021. The arrest warrant was returned executed on February 9, 2021. ECF 10.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Michael G. James*
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-DC)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530

**CERTIFICATE OF SERVICE**

This is to certify that on November 29, 2022, I, the undersigned Assistant United States

Attorney, served on copy of the foregoing notice via CM/ECF on the counsels of record in this

action.

By: /s/ *Michael G. James*
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-DC)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530