FD-302 (Rev. 5-8-10)

-1 of 1-

FEDERAL BUREAU OF INVESTIGATION



Date of entry   01/14/2021

SA Casey Maxted (writer) conducted the following investigative actions and collected the following intelligence during the week of January 10, 2021:

1. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2. ███████████████████████████████████████████████████████████████████████████

3. The writer was contacted by Deputy United States Marshal ███████ ███████ on January 14, 2021. ███████ advised the writer that KELLY is an acquaintance of ███████. KELLY contacted ███████ after the riots at the United States Capital as KELLY was driving back to Iowa. KELLY advised ███████ that KELLY would turn himself in if a warrant was issued for KELLY. ███████ provided the writer with the following cellular telephone number for KELLY: ███████9. ███████ did not generate any reports documenting his conversation with KELLY.

4. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Investigation on  01/14/2021  at  Cedar Rapids, Iowa, United States (In Person)

File #  ███████████████████           Date drafted  01/14/2021

by  MAXTED CASEY J, MOORE KENT GARRISON

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Ex. 1 – Redacted FBI Report dated January 14, 2021.