UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 21-CR-708(RCL) |
| LEO CHRISTOPHER KELLY, Defendant. | : |

### ORDER

This matter having come before the Court pursuant to a Motion to extend the deadline for replying to the government's replies and no opposition thereto, it is therefore

ORDERED that the deadline for responding to the government's replies to defendant's pretrial motions is GRANTED. The defendant must file replies by ___Dec 20___, 2022.

SO ORDERED.

_____
Hon. Royce C. Lamberth
United States District Judge

3