## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-Cr-00708-Rcl-1** |
| | : | |
| **LEO CHRISTOPHER KELLY,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

This matter comes before the Court on the government's motion for an extension of time from January 2, 2023, to January 3, 2023 to file the Joint Pretrial Statement. The defendant does not object to the motion. The Court GRANTS the government's motion to extend time to file the Joint Pretrial Statement. The Joint Pretrial Statement must be filed no later than January 3, 2023.

SO ORDERED.

Date: 1/3/2023

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE