**UNITED STATES OF AMERICA,**

      **Plaintiff**

      **v.**                                    **Criminal Case No.:  <u>1:21-cr-00708-RCL-1</u>**

**LEO CHRISTOPHER KELLY,**

      **Defendant**

# TRIAL EXHIBITS FOR THE GOVERNMENT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| | **0 SERIES** | | | |
| 1 | Map of U.S. Capitol Grounds Restricted Area | | | |
| 2 | Aerial photograph of US Capitol | | | |
| 3 | Douglas Massengale, Certificate of Authenticity – House Recording Studio of the Office of the Chief Administrative Officer of the U.S. House of Representatives | | | |
| 4 | Diego Torres, Certificate of Authenticity – United States | | | |

| | | | | |
|---|---|---|---|---|
| | Senate Recording Studio | | | |
| 5 | Senate Concurrent Resolution 1 | | | |
| 6 | 3 U.S.C. § 15 - (counting electoral Votes in Congress) | | | |
| 7 | 3 U.S.C. § 16 - (seats for officers and Members of two Houses in Joint meeting) | | | |
| 8 | 3 U.S.C. § 17 - (limit of debate) | | | |
| 9 | 3 U.S.C. § 18 - (Parliamentary Procedures at joint meeting) | | | |
| 10 | Constitution, amd 12 | | | |
| 11 | Congressional Record | | | |
| 12 | Lanelle Hawa email | | | |
| 13 | Area closed sign 1 | | | |
| 13.1 | Area closed sign 2 | | | |
| 13.2 | Area closed sign 3 | | | |
| 13.3 | Area closed sign 4 | | | |
| 13.4 | Area closed sign 5 | | | |
| 14 | U.S. Capitol Police Montage Video (USCP 6 Minute Montage with Radio Runs.mp4) | | | |

| 15 | Official Proceeding Video Montage w/ Congressional Record | | | |
|---|---|---|---|---|
| **PHYSICAL EVIDENCE** | | | | |
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
| 16 | FD-26 FBI consent to search Form -  Galaxy S10E Cellular Phone | | | |
| 17 | FD-597 FBI Receipt of Property Form (Redacted address) | | | |
| 19 | Galaxy S10E and leather case, model SM-G970U1 cellular telephone, IMEI:  35442 51054 74028 | | | |
| 20 | FBI 1BD -  50GB Blu-Ray disk containing extraction and report of extraction for a Galaxy S10e model SM-G970U1 cell phone, QOM1, 1B(1). Copy 1 of 2 Collected On: 01/27/2021 01:35 p.m. | | | |
| 21 | FD-395 - FBI Advice of Rights Form | | | |
| 22 | FBI 1A22-  One (1) Disc Containing - 01/18/2021 Recorded Custodial Interview of Leo Christopher Kelly with SA Casey Maxted, SA Troy Bronner, SA Kent Moore, and SSRA Scott Irwin | | | |

| 23 | Transcript of custodial interview of Leo Christopher Kelly on January 18, 2021 | | | |
|---|---|---|---|---|

| **100 SERIES - PHOTOGRAPHS AND SCREEN CAPTURES** | | | | |
|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
| 100 | From LK Cellular phone 20210106_075333.JPEG Photograph of rally goers at Ellipse. | | | |
| 100.1 | From LK Cellular phone 20210106_075335.JPEG Photograph of rally goers | | | |
| 100.2 | From LK Cellular phone 20210106_075601.JPEG Photograph of rally goers | | | |
| 100.3 | From LK Cellular phone 20210106_145934.JPEG Photograph taken inside U.S. Capitol on desk near the North Appointment Desk – Close up of water bottle. | | | |
| 100.4 | From LK Cellular phone 20210106_150233.JPEG Photograph taken inside U.S. Capitol at or near S124 Senate Chamber of Monitor noting "The Senate Stands in Recess Subject to the Call of the Chair." | | | |
| 100.5 | From LK Cellular phone 20210106_150743.JPEG | | | |

| | | | | |
|---|---|---|---|---|
| | Photograph taken inside the United States Senate Chamber of a document that reads "Shall the objection to the certification of the State of Arizona's electoral ballots be sustained?" McConnel: No Cruz: Aye | | | |
| 100.6 | From LK Cellular phone 20210106_151247.JPEG Photograph of rioters unlawfully on Capitol grounds. | | | |
| 100.7 | From LK Cellular phone 20210106_151251.JPEG Photograph of rioters unlawfully on Capitol grounds near egress. | | | |
| 100.8 | From LK Cellular phone 20210106_154388.JPEG Photograph of rioters unlawfully on Capitol grounds near egress and Capitol grounds. | | | |
| 100.10 | From LK Cellular phone 20210106_154347.JPEG Photograph of rioters unlawfully on Capitol grounds near egress and Capitol grounds. | | | |
| 100.11 | From LK Cellular phone 20210106_154326.JPEG Photograph of rioters unlawfully on Capitol grounds near egress and Capitol grounds with Capitol Rotunda in background and scaffolding. | | | |
| 100.12 | From LK Cellular phone 20210106_155336.JPEG Panoramic view of rioters unlawfully on Capitol grounds near egress and Capitol | | | |

| | | | | |
|---|---|---|---|---|
| | grounds with Capitol Rotunda in background and scaffolding. | | | |
| 100.13 | From LK Cellular phone 20210106_160107.JPEG Panoramic view of rioters unlawfully on Capitol grounds near egress and Capitol grounds with Capitol Rotunda in background and scaffolding from farther away from Capitol. | | | |
| 101 | Screen capture from LK Cellular phone video 20210106_135524.mp4 Rally goers marching to the Capitol. | | | |
| 102 | Screen capture from LK Cellular phone video 20210106_141642.mp4 Rioters unlawfully on Capitol grounds and rioters visible on scaffolding. | | | |
| 103 | Screen capture from LK Cellular phone video 20210106_142033.mp4 Rioters unlawfully on Capitol grounds and rioters visible on scaffolding. Closer view 1. | | | |
| 103.1 | Screen capture from LK Cellular phone video 20210106_142659.mp4 Rioters unlawfully on Capitol grounds and rioters visible on scaffolding. Closer view 2. | | | |
| 104 | Screen capture from LK Cellular phone video 20210106_143335.mp4 Rioters outside Senate Wing Door broken windows visible 1. | | | |
| 104.1 | Screen capture from LK Cellular phone video 20210106_143335.mp4 Rioters outside Senate Wing Door broken windows visible 2. | | | |

| | | | | |
|---|---|---|---|---|
| 104.2 | Screen capture from LK Cellular phone video 20210106_143335.mp4 Rioters outside Senate Wing Door broken windows visible 3. | | | |
| 104.3 | Screen capture from LK Cellular phone video 20210106_143335.mp4 Rioters outside other Senate Wing Door single broken window visible. | | | |
| 104.4 | Screen capture from LK Cellular phone video 20210106_143335.mp4 Rioters outside other Senate Wing Door panoramic view. | | | |
| 104.5 | Screen capture from LK Cellular phone video 20210106_143335.mp4 Rioters outside other Senate Wing Door panoramic view 2. | | | |
| 104.6 | Screen capture from LK Cellular phone video 20210106_143335.mp4 Panoramic view – gold-colored rail of Senate Fire Door exit visible. | | | |
| 105 | Screen capture from LK Cellular phone video 20210106_143712.mp4 Rioter climbing outside broken Senate Wing Door window panel. | | | |
| 105.1 | Screen capture from LK Cellular phone video 20210106_143712.mp4 Rioter climbing outside broken Senate Wing Door window panel 2. | | | |
| 106 | Screen capture from LK Cellular phone video 20210106_143935.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| | Rioters outside both the Senate Wing Door and the Senate Fire Door exit – Senate Wing Door side view. | | | |
| 106.1 | Screen capture from LK Cellular phone video 20210106_143935.mp4 Rioters outside both the Senate Wing Door and the Senate Fire Door exit – Senate Fire Door view. | | | |
| 107 | Screen capture from LK Cellular phone video 20210106_144425.mp4 Rioters in U.S. Capitol outside Senate Parliamentarian's Office confronting USCP. | | | |
| 107.1 | Screen capture from LK Cellular phone video 20210106_144425.mp4 Rioters in U.S. Capitol outside Senate Parliamentarian's Office confronting USCP 2. | | | |
| 107.2 | Screen capture from LK Cellular phone video 20210106_144425.mp4 Rioters in U.S. Capitol outside Senate Parliamentarian's Office confronting USCP 3. | | | |
| 107.3 | Screen capture from LK Cellular phone video 20210106_145109.mp4 Rioters in U.S. Capitol outside Senate Parliamentarian's Office confronting USCP 4. | | | |
| 107.4 | Screen capture from LK Cellular phone video 20210106_144425.mp4 Inside Senate Parliamentarian Office camera downward view of papers strewn about the office floor. | | | |
| 108 | Screen capture from LK Cellular phone video 20210106_150426.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| | LK on Senate Chamber dais examining documents as Jacob Chansley speaks 1. | | | |
| 108.1 | Screen capture from LK Cellular phone video 20210106_150426.mp4 LK on Senate Chamber dais examining documents as Jacob Chansley speaks 2. | | | |
| 108.2 | Screen capture from LK Cellular phone video 20210106_150426.mp4 LK on Senate Chamber dais examining documents with handwritten notation by Jacob Chansley as Chansley speaks 3. | | | |
| 109 | Screen capture from LK Cellular phone video 20210106_150535.mp4 LK on Senate Chamber dais – desk drawer open. | | | |
| 110 | Screen capture from LK Cellular phone video 20210106_1511819.mp4 Rioters outside U.S. Capitol on upper west terrace after LK exited Capitol Building. | | | |
| 111 | Screen capture from LK Cellular phone video 20210106_153728.mp4 east side of capitol - rioters on restricted grounds outside East Rotunda Door. | | | |
| 112 | CCV Screen capture - Rioters breaking the Senate Fire Door window panel (0689 camera) | | | |
| 112.1 | CCV Screen capture - Rioters breaking the Senate Fire Door window panel (0689 camera) | | | |

| | | | | |
|---|---|---|---|---|
| 112.2 | CCV Screen capture - Rioters breaking the Senate Fire Door window panel (0689 camera) | | | |
| 112.3 | CCV Screen capture - Rioters breaking the Senate Fire Door window panel (0689 camera) | | | |
| 113 | CCV Screen capture - Rioter breaking into the Parliamentarian's office near the Senate Fire Door (0122 camera) | | | |
| 113.1 | CCV Screen capture - Rioter breaking into the Parliamentarian's office near the Senate Fire Door (0122 camera) | | | |
| 114 | CCV Screen capture - LK inside U.S. Capitol via the Senate Fire Door overhead view (0689 camera) | | | |
| 114.1 | CCV Screen capture - LK inside U.S. Capitol via the Senate Fire Door overhead view (0122 camera) | | | |
| 115 | CCV Screen capture - LK at North Door Appointment Desk (0123 camera) | | | |

| | | | | |
|---|---|---|---|---|
| 115.1 | CCV Screen capture - LK at North Door Appointment Desk (0123 camera) | | | |
| 115.2 | CCV Screen capture - LK at North Door Appointment Desk (0123 camera) | | | |
| 115.3 | CCV Screen capture - LK at North Door Appointment Desk (0123 camera) | | | |
| 115.4 | CCV Screen capture - LK at North Door Appointment Desk (0123 camera) | | | |
| 115.5 | CCV Screen capture - LK at North Door Appointment Desk (0123 camera) | | | |
| 115.6 | CCV Screen capture - LK at North Door Appointment Desk (0123 camera) | | | |
| 115.7 | CCV Screen capture - LK at North Door Appointment Desk (0123 camera) | | | |
| 116 | https://twitter.com/american_filthy/status/1349435087138529288/photo/2 screen capture of LK looking outside the president of the Senate pro tempore's office. | | | |
| 116.1 | https://twitter.com/WilliamTurton | | | |

| | | | | |
|---|---|---|---|---|
| | Screen capture of LK smiling with arm raised and fist curled as he looks outside the president of the Senate pro tempore's office. | | | |
| 117 | North Appointment Desk video 20210106_145801 Thurlow video screen capture | | | |
| 117.1 | North Appointment Desk video 20210106_145801 Thurlow video screen capture | | | |
| 117.2 | North Appointment Desk video 20210106_145801 Thurlow video screen capture | | | |
| 117.3 | North Appointment Desk video 20210106_145801 Thurlow video screen capture | | | |
| 118 | Screen capture, Twitter \| gracyn_forever 5ff93adc86c51.video.mp4 https://archive.org/download/nmu9xcmP9bo57SEGH/nmu9xcmP9bo57SEGH.mpeg4 LK and rioters in the U.S. Capitol near the North Appointment Desk. | | | |

| | | | | |
|---|---|---|---|---|
| 119 | CCV Screen capture - LK on stairwell leading to second floor and Senate Chamber (0462 camera). | | | |
| 120 | U.S. Senate Recording System ISO Cam 6 Screen Capture – LK inside Senate Chamber at 3:03:40:15 pm. | | | |
| 120.1 | U.S. Senate Recording System ISO Cam 8 Screen Capture – LK on Senate dais at 3:04:43:31 p.m. using his cellular phone to video record Senate documents. | | | |
| 120.2 | U.S. Senate Recording System ISO Cam 8 Screen Capture – LK on Senate dais at 3:06:28:06 p.m. celebrating with rioters. | | | |
| 120.3 | U.S. Senate Recording System ISO Cam 8 Screen Capture – LK at desk in front of Senate dais at 3:07:40:57 p.m. recording/photographing a document. | | | |
| 120.4 | U.S. Senate Recording System ISO Cam 5 Screen Capture – LK on Senate dais at 3:07:07:01 p.m. | | | |

| | | | | |
|---|---|---|---|---|
| 121 | A Reporter's Footage from Inside the Capitol Siege \| The New Yorker screen capture. LK on Senate dais looking at Chansley and other rioters standing on desk of Senate presiding officer. | | | |
| 122 | CCV Screen capture - LK walking towards exit at 3:09:01 p.m. (0123 camera). | | | |
| 123.1 | Thurlow 20210106_150817_1(1).mp4 video screen capture rioter exiting North Door Egress holding a sign. | | | |
| 123.2 | Thurlow 20210106_150817_1(1).mp4 video screen capture rioter exiting North Door Egress hands in air displaying a victory sign screen capture. | | | |
| 123.3 | Thurlow 20210106_150817_1(1).mp4 video screen capture LK smiling as walking out North Door Egress 1. | | | |
| 123.4 | Thurlow 20210106_150817_1(1).mp4 video screen capture LK smiling as walking out North Door Egress 2. | | | |
| 123.5 | Thurlow 20210106_150817_1(1).mp4 video screen capture LK smiling as walking out North Door Egress with first in air 1. | | | |
| 123.6 | Thurlow 20210106_150817_1(1).mp4 video screen capture LK smiling as walking out North Door Egress with first in air 2. | | | |

| 200 SERIES – USCP Closed Circuit Video | | | |
|---|---|---|---|
| 201 | USCP CCTV – V.P. Pence Caravan departing staging area. | | | |
| 202 | USCP CCTV – V.P. Pence Leaving Senate Chamber at 2:25 p.m. | | | |
| 203 | USCP CCTV – West Stairs S131 at 2:40 p.m. | | | |
| 204 | USCP CCTV – Senate Fire Door near S132 at 2:40 p.m. | | | |
| 205 | USCP CCTV – North Door Appointment Desk 2:58 p.m. | | | |
| 206 | USCP CCTV – Senate Chamber Near S214 at 3:00 p.m. | | | |
| 207 | USCP CCTV – Brumidi Corridor at 3:05 p.m. | | | |
| 208 | USCP CCTV – North Door Appointment Desk 3:08 p.m. | | | |

| 209 | USCP CCTV – North Screening Egress at 3:08 p.m. | | | |
|---|---|---|---|---|
| | **300 SERIES – Other Video Source** | | | |
| 301 | 4h5gZh2vtbihLWX2j video - man breaking Senate Fire Door window panel. | | | |
| 302 | William Turton (WT)_13479916167606 – video - man breaking window different angle. | | | |
| 303 | WT _1347986180466475014 video – man breaking window different angle. | | | |
| 304 | WT_1350287725740617733 video – man breaking window different angle. | | | |
| 305 | LisaBennatan_1346920295697952771 video - shows rioters entering Capitol. | | | |
| 306 | Thurlow video 202110106_145801 North Appointment desk. | | | |
| 305 | Thurlow video 20210106_145541 Confronting USCP inside Capitol after breach of Senate Fire Door. | | | |

| | | | | |
|---|---|---|---|---|
| 306 | Thurlow video 2021006_150143<br>Rioters moving from first to second floor to Senate Chamber near S214. | | | |
| 307 | Thurlow video 20210106_150817_1(1).mp4<br>LK exiting the North Door Egress. | | | |
| 308 | Twitter \| gracyn_forever<br>5ff93adc86c51.video.mp4 ("Kelly Twitter video"). | | | |
| 309 | DyAWZARC23eMGnCGG - Parliamentarian Office | | | |
| 310 | 1347033165764972551 - Parliamentarian Office walkthrough | | | |
| 311 | EiwixFoybHg5knMbE.mp4 - Parliamentarian hallway | | | |
| 312 | A Reporter's Footage from Inside the Capitol Siege \| The New Yorker video clip. | | | |
| 313 | 01-LS-342927576_0000031_1A0000022_000001.mov<br>Inside Senate Chamber | | | |

| | | | | |
|---|---|---|---|---|
| 314 | LifeSiteNews.com video. | | | |
| 314.1 | LifeSiteNews.com video extended Clip. | | | |

| 400 SERIES – LEO KELLY VIDEOS | | | | |
|---|---|---|---|---|
| 401 | LK Cellular phone video 20210106_135524.mp4 | | | |
| 402 | LK Cellular phone video 20210106_141642.mp4 | | | |
| 403 | LK Cellular phone video 20210106_142033.mp4 | | | |
| 404 | LK Cellular phone video 20210106_142659.mp4 | | | |
| 405 | LK Cellular phone video 20210106_143335.mp4 | | | |
| 406 | LK Cellular phone video 20210106_143712.mp4 | | | |
| 407 | LK Cellular phone video 20210106_143935.mp4 | | | |
| 408 | LK Cellular phone video | | | |

| | | | | |
|---|---|---|---|---|
| | 20210106_144425.mp4 | | | |
| 409 | LK Cellular phone video 20210106_145109.mp4 | | | |
| 410 | LK Cellular phone video 20210106_150426.mp4 | | | |
| 411 | LK Cellular phone video 20210106_150535.mp4 | | | |
| 412 | LK Cellular phone video 20210106_1511819.mp4 | | | |
| 413 | LK Cellular phone video 20210106_153728.mp4 | | | |
| **500 SERIES – Senate Recording Studio Videos** | | | | |
| 501 | Senate ISCO cam 8 - LK at 3:04 takes picture on dais | | | |
| 502 | Senate ISCO cam 6 - LK entering at 3:03, side right view, | | | |

| | | | | |
|---|---|---|---|---|
| 503 | Senate ISCO cam 5 - LK entering at 3:03,  side left view | | | |
| 504 | Senate ISCO cam 4 - shows emptying Senate securing doors, overhead center view | | | |
| 505 | Senate ISCO cam 4 - first rioter and then others enter chamber | | | |
| 506 | Senate ISCO cam 4 - LK entering at 3:03:42 p.m. | | | |
| 507 | Senate ISCO cam 1 - entering  at 3:03:34  pm Senate chamber, overhead, left view, goes straight to dais | | | |
| 508 | Sen_FL_010621_1230_1329_TC | | | |
| 509 | Sen_FL_010621_1329_1414_TC | | | |

| 600 SERIES – DOCUMENTS | | | | |
|---|---|---|---|---|
| 601 | Process Report Cellular - Phone Extraction | | | |
| 602 | Administrative Review Form- Phone Extraction | | | |
| 603 | Cellebrite Extraction Report - Phone Extraction | | | |
| 700 SERIES – STIPULATIONS | | | | |
| 701 | Leo Christopher Kelly Identification | | | |
| 702 | The Capitol Building and Grounds | | | |
| 703 | The Certification of the Electoral College Vote | | | |
| 704 | USCP United States Capitol Police Closed Circuit Video Monitoring | | | |
| 705 | Open-Source Videos | | | |
| 706 | Standard Protocols for Device Extraction | | | |

| 707 | Photographs and Screen Captures | | | |
|-----|---------------------------------|---|---|---|
| 708 | Videos Recovered From Other Video Sources | | | |
| 709 | Congressional Montage Video | | | |
| 710 | Senate Recording Studio Video | | | |
| 711 | CSPAN Video | | | |
| 712 | U.S. Capitol Police Montage Video | | | |