**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:21-cr-00708-RCL-1** |
| | **:** | |
| **LEO CHRISTOPHER KELLY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

This matter comes before the Court on the government's motion for leave to file the proposed verdict form, an exhibit to the Joint Pretrial Statement, and to submit a Word version of a nonstandard jury instruction, Jury Instruction 36, out of time. The defendant does not object to the motion.

The Court GRANTS the motion. The Clerk may receive for filing the proposed verdict form and the government may submit the Word version of the nonstandard jury instruction.

SO ORDERED.

Date:  1/4/2023                         /s/ Royce C. Lamberth
                                        ROYCE C. LAMBERTH
                                        UNITED STATES DISTRICT JUDGE