IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-708 (RCL) |
| | : | |
| LEO KELLY | : | |

### DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESET FEBRUARY 10TH, 2023 STATUS CONFERENCE VIA VTC

The defendant, Leo Kelly, by counsel, respectfully moves this Honorable Court to vacate the status hearing set for February 10, 2023, and in support of his request states the following:

1. This Court set a status hearing via VTC in this case on February 3, 2023, in a minute order filed last Friday afternoon. Undersigned counsel was in a hearing until 5 p.m. that day.

2. Undersigned counsel will be out of the country and unavailable on February 10th, 2023. Therefore, the parties have conferred and the following three dates are requested by the parties for the status hearing: February 9 between the hours of 12 and 4 p.m.; March 10 between the hours of 11:30-5 p.m. and March 17 between the hours of noon and 5 pm.[1]

---

[1] Undersigned counsel will be in trial the week of March 13, 2023, but expects to be done by March 17, 2023.

1

3. Undersigned counsel conferred with AUSA Mike James who does not oppose this motion.

                                            Respectfully submitted,

                                            By: Kira Anne West

                                            \_\_\_\_/s/_____
                                            Kira Anne West
                                            DC Bar No. 993523
                                            712 H. Street N.E., Unit 509
                                            Washington, D.C.  20002
                                            (202)-236-2042
                                            kiraannewest@gmail.com
                                            Attorney for Leo Kelly

<u>Certificate of Service</u>
I certify that a copy of the forgoing was filed electronically on ECF for all parties of record on this 6th day of February, 2023.
/s/
Kira Anne West
Attorney for Leo Kelly