IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 21-CR-708 (RCL)
:
:
LEO KELLY :

## ORDER

Pending before the Court is the motion of defendant Kelly to vacate the status conference currently set via VTC on February 3, 2023. The motion being unopposed and meritorious, it is

ORDERED that the motion is GRANTED/DENIED. The status hearing will be reset to ___February 9___, 2023 at 12:7 noon.

Signed this ___7th___ day of ___February___, 2023.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE