CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

LEO CHRISTOPHER KELLY

Civil/Criminal No.: 21CR708 (RCL)

**FILED**
MAY 0 9 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

For count five, does the Senate floor count as a "certain room" in the Capitol Building?

Date: May 9, 2023
Time: 10:11 AM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEO CHRISTOPHER KELLY,<br><br>*Defendant.* | Case No. 21-cr-708 (RCL) |

### Response to Jury Note

This is a response to your jury note of May 9, 2023, at 10:11 AM, asking "[f]or Count Five, does the Senate floor count as a 'certain room' in the Capitol Building."

No, Count V refers only to the Parliamentarian's Office.

SIGNED this ___9th___ day of May, 2023.

_____
Royce C. Lamberth
United States District Judge

1

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

LEO CHRISTOPHER KELLY

Civil/Criminal No.: 21CR708 (RCL)

**FILED**

**MAY 0 9 2023**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

For count 5, do we consider the room in question in isolation to the rest of building?

Do we only consider his intent in regards to that room?

Must we consider the official business taking place in that room?

Date: May 9, 2023

Time: 11:38AM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEO CHRISTOPHER KELLY,<br><br>*Defendant.* | Case No. 21-cr-708 (RCL) |

## Response to Jury Note

This is a response to your jury note of May 9, 2023, at 11:38 AM asking three questions: "For Count 5, do we consider the room in question in isolation to the rest of building? Do we only consider his intent in regards to that room? Must we consider the official business taking place in that room?"

For Count Five, the government must prove beyond a reasonable doubt that the defendant entered or remained in the Senate Parliamentarian's Office willfully and knowingly and he did so with the intent to disrupt the orderly conduct of official business.

The term official business is not limited to the room and the functions happening in the room.

SIGNED this ___9th___ day of May, 2023 at 11:10 a.m.

_____
Royce C. Lamberth
United States District Judge