UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :     Case No. 1:21-cr-00708-RCL-1
v.                                :
                                  :
LEO CHRISTOPHER KELLY,            :
                                  :
Defendant.                        :

**VERDICT FORM**

FILED
MAY 0 9 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Count I:**   Obstruction of an Official Proceeding

__X__                              _____
Guilty                             Not Guilty

**Count II:**  Entering or Remaining in a Restricted Building or Grounds

__X__                              _____
Guilty                             Not Guilty

**Count III:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds

__X__                              _____
Guilty                             Not Guilty

**Count IV:**  Entering and Remaining on the Floor of Congress

__X__                              _____
Guilty                             Not Guilty

**Count V:**   Entering and Remaining in Certain Rooms in the Capitol Building

__X__                              _____
Guilty                             Not Guilty

If you have marked Guilty as to Count V above, you must indicate which room or rooms you found the defendant entered and remained in:

1

__X__
Parliamentarian's Office

**Count VI:** Disorderly Conduct in a Capitol Building

__X__                                    _____
Guilty                                   Not Guilty

**Count VII:** Parading, Demonstrating, or Picketing in a Capitol Building

__X__                                    _____
Guilty                                   Not Guilty

Dated this __9__ day of __may__, 2023