## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Case No. 1:21-CR-708 (RCL) |
|  | ) |
| LEO CHRISTOPHER KELLY, | ) |
|  | ) |
| Defendant. | ) |

### Defendant's notice of filing

COMES NOW Defendant, Leo Christopher Kelly, by and through undersigned counsel, and hereby files the transcript of day one of jury selection in the above entitled case, Exhibit 1. This exhibit was inadvertently not filed with the motion for new trial and acquittal, Docket entry #118. Undersigned counsel apologizes to the Court and opposing counsel for the oversight.

Respectfully submitted,

By: Kira Anne West

　　/s/  *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H. Street N.E., Unit 509
Washington, D.C.  20002
(202)-236-2042
kiraannewest@gmail.com
Attorney for Leo Kelly

1

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 17th day of July, 2023.

/s/*Kira Anne West*
Kira Anne West
Attorney for Leo Kelly