August 11, 2023

Honorable Judge Lamberth,

My son Leo Kelly is precious to me.  When he walks in the door and reahces to hug me I disappear for a moment into belief that nothing bad could every happen.  His strong arms assure me that love is real and the lies of the world are not relevant.  His presence encourages me to persevere because God is good!

Our home would echo with sadness should Leo be missing when we gather.  As his mother, the ever-present sorrow would be extremely hard to bear.  I have already suffered through this extended period of hearings and the 9 days we spent in DC for the trial.  My heart never seems to stop pounding.  I have fought hard against anxiety.

Please deal leniently with us, Your Honor; I covet your mercy.

Brenda
Marion, Iowa


To whom it may concern,

Leo is a loyal, kind, and faithful man. In the two years since meeting him, I have witnessed him be intentional, respectful, reverent, and a leader.

The Kellys are dear family friends of ours. Every family event that we have been invited to, Leo has also been present. Each time, I have witnessed him spending intentional time with every single niece and nephew. He prioritizes them and loves them well, and that is clear by how excited they get when he walks in the door. They love him and value the time he takes to build a relationship with them. He strives to make them feel known. He shares the same loyalty and kindness with his siblings and parents as well. It is clear that he is faithfully dedicated to his family

Whenever Leo is in conversation with anyone, he pays close attention to every word spoken. He listens deeply to the hearts of those in front of him. He is very respectful and reflective, speaking from his heart. He is quick to listen and slow to speak. Not once has he interrupted to talk over another or to make his ideas dominate over someone else's. He values listening well and the fruit of that is the genuine friendship and camaraderie he has with all who cross his path.

Leo also loves God deeply and is extremely reverent. He has organized worship nights to lovingly lead others in praise. Our prayer community, which meets twice a month, has been deeply blessed by him and his leadership. His heart for prayer is pure and passionate.

The Greek philosopher, Aesop, was attributed with having said the following: "A man is known by the company he keeps." While this could be interpreted in many ways, I feel that it is fitting in describing how all who keep company with Leo are filled with the genuine love that he shares with them. This is not an easy task. It requires one to give time, be patient, and put others before oneself; Leo does this in a manner that seems effortless.

Leo brings great value to our society. Please allow him to continue loving and serving his family and our community. His loyalty, kindness, and faithfulness are assets to all who encounter him.

Thank you for your time,
Kendria
Mount Vernon, IA

I have known Leo for over a year, while it has not been a really long time it took me no time at all to see how good of a man that Leo Kelly is. Leo is one of the most incredible men I have ever gotten to know, his heart and his ability to care for others was quickly evident and he's not afraid to reach out and assist where he can.

Leo is a selfless, kind person who puts others before himself, almost to a fault. He is generous with his time, his service and his money, he supports charities, and volunteers most of his free time. He has a huge heart for others who are hurting and he's quick to engage and help in anyway he can with those who are. He has so much to offer the world and the world desperately needs more men like Leo. He is one of my favorite people and he would be one of yours as well, it has been a privilege getting to know him.

One of my favorite qualities that sets Leo apart from others is his trustworthiness. Leo is completely honorable and trustworthy. I would trust him with my life, I would even trust him with my most prized possessions, my children. He has had from the beginning an amazing way in making them feel seen and heard. ALL kids love him and are drawn to him and kids tend to be the best judges of character. This is a priceless, priceless quality. I happen to be single mom so I do not say these words lightly. Leo is irreplaceable, we all need him around, the world needs him around. Please take these words and let them sit on your heart. He is a gift to those around him and is a gift to those who he has yet to meet. Please show him mercy.

Shantell
Parnell, IA

Kelsey
Coralville, Iowa

To Whom it May Concern:

I have known Leo for one year through our church community. Over the past year, I have spent numerous hours with Leo, often 2-3 times/week seeing each other.

Through the time I've known Leo, he has shown up to the people around him as a great listener. He is someone who listens to what you're saying in conversation with him, makes you feel seen & heard, and then responds genuinely and compassionately. He is able to engage in various topics he may not be interested in, simply to get to know you, and make you feel seen.

Leo has continuously loved my two year old daughter. He plays with her, lets her pick on him and is ever so patient with her. He chases her down when she runs away from a crowd, making it playful so she's not upset when he guides her back. He responds to her kindly when she begs him to play, even when he's already busy. My daughter loves Leo and lights up with excitement whenever she sees him.

Leo has had a significant impact on my family. We are better people, & our community is better for knowing him and being friends with him. I appreciate the time you've taken to read this letter. I ask you to please consider leniency in sentencing with Leo's case.

Sincerely,

Kelsey

Taylor
Coralville, IA


To Whom it May Concern:

I have known Leo for a little over a year now, and there are very few people I would feel comfortable writing a letter like this for. Leo is one of them. Over this past year getting to know Leo I have watched him serve the local community tirelessly. I watched him receive his conviction and instead of being selfish and soaking up the time he may have free, he just kept serving our local community and finding ways to care for those around him. He has cared for my family well, always being intentional to both engage my wife and I in thoughtful conversation, and finding creative ways to love on our two year old daughter.

There is no doubt that Leo made a mistake entering the Capitol. He admits that, and will have to live with the result of that conviction, but our community is a better place with him here in it. My family is better for having him in our community. So I appeal to your mercy. If there is any way to keep Leo in our community, please do so.


Sincerely,


Taylor

*To Whom It May Concern,*

 I am writing to request that Leo Kelly not be sent to prison.

His life has never demonstrated behavior worthy of imprisonment.  Leo is a man who has chosen to live a life of integrity.  He has provided strength to his family, and especially supported his mother during this time. She has commented that she has been able to remain strong because of him.

He is a productive member of society: hardworking, stable, and steady.

Leo tells the truth.  At the trial, both he and his attorneys chose to tell the truth of what happened that day. They intentionally did not attempt to create a diversion or distort what occurred to make him look better.

Prison is for those who pose a threat to society.  That is not Leo.


Thank you,

Tom

 Coggon, IA


Judge Royce Lamberth

Your Honor,

It is a grave injustice that Leo Kelly was convicted of a federal felony for non-violently participating in a protest.  Not only did he commit no violence, but he scolded others for doing so.  In addition, he supported the police carrying out their duties.  For these reasons and those stated below, I ask the court to be especially lenient in sentencing Leo so as not to add further injustice to this situation.

This message is written from my perspective as CEO of our company.  Leo is the company CFO and helps as an effective leader in a sales and business development role.

Leo is more than just a law abiding citizen, but he is exceptional in this regard.  As you will likely have heard from those who are his direct reports, he is a very competent and effective manager.  Those who work for him have a very high degree of respect for him.  He manages the most productive and content accounting department that I have ever witnessed in my career of over 40 years.  He is one the most organized persons I have ever observed.  He lives out the virtues of confidence and humility.  He has the confidence to communicate effectively, whether in selling, training or just friendly conversation.  He is very thoughtful and deliberate in strategies, projects and tasks.  His advice is indispensable for helping make important decisions.  He also practices humility.  He has the moral courage to admit when he is wrong.  He is spiritually generous making him very effective in advancing organization wide initiatives.  On the financial side, others likely have borne witness to his generosity.  He also pays a large amount of taxes which help support those who have been prosecuting him.  He has natural talents that he does not waste, but uses effectively to help any team with whom he works.

If he is incarcerated, it will not just hurt him, it will be the worse for very many of those who he helps including family, friends, his church, community organizations and our country.  It will be worse for our country, community, his church, friends and family if he is.

So, I beseech the court exercise great clemency with Leo.  He demonstrates all the characteristics of a model citizen.  To those who know him well, he is a great son, brother, uncle, boss, colleague, business associate or friend.

Respectfully submitted,


**Chris Kelly**
**CEO, 2pifi**



To:·Honorable·Judge·Lamberth¶

¶

This·email·is·in·regard·to·Leo·Kelly,·my·brother·in·law,·who·has·been·found·guilty·of·crimes·in·a·January·6·
case·you·have·recently·overseen.·I·have·known·him·for·13·years·and·it·is·devastating·to·think·he·may·face·
incarceration·over·this·issue.·He·is·a·loving·uncle,·friend·&·devoted·business·owner.·He·has·always·
worked·alongside·my·husband·at·their·family·IT·business,·which·has·grown·in·success·with·Leo·as·an·
attribute·on·the·management·team.·He·is·a·fair·employer,·has·a·strong·work·ethic,·and·one·of·the·most·
genuine·hearts·you·will·find.·He·is·a·faithful·servant·to·the·Lord·and·to·his·church,·and·spends·90%·of·the·
time·he's·not·at·work·volunteering·his·time·for·various·church·events.·He·is·beloved·by·our·four·sons,·
and·his·7·other·nieces/nephews.·He·is·surrounded·by·a·family·and·community·here·who·love·him·so·
dearly,·and·know·that·Leo·had·absolutely·no·malicious·intent·on·entering·the·Capitol·on·that·day.·
Overall,·this·desperate·plea·is·for·you·to·consider·his·outstanding·character·&·service·when·deciding·on·
his·sentencing.¶

The Honorable Judge Royce Lamberth,

I hope this letter finds you well. This is in regards to a friend of Leo Kelly, who will be at your sentencing hearing. Leo and I have known each other for over two decades that spans from middle school sports, post collegiate life, and a professional setting. I would like to share my viewpoints on his everyday character and his contributions to society for your consideration.

The friendship Leo and I shared has lasted time and distance as it started in youth football. As time passed, I was in the Marine Corps and deployed to Afghanistan twice with Leo being a supportive friend during that time. After my departure from the military, my life did meet a troubling time. For me the chips were down and I was on the verge of personal and financial ruin over a minor amount of money. Ashamed and at the last moment the only person I could turn to was Leo. Without question he helped, and doubled what was needed. I was treated with humility and optimism and my life has rebounded since the instance in 2016. Had it not been for his help, my life would have taken on a different trajectory.

Leo helping others when the chips are down is not isolated to me. I have witnessed Leo helping an Instacart driver (similar to Shipt or Doordash) that ran out of gas on a series of grocery deliveries. The chips for the driver were down, and Leo assisted by transporting the driver to a gas station and paying for a gas can with fuel. Leo has also been a part of an international community that builds houses for impoverished people of Mozambique and has traveled to assist in person. While his ability to be on site has been recently paused, his assistance to the cause and community has continued.

While observing Leo's interactions with others, his assistance is driven by altruism rather than an expectation of reciprocation. My aim has been to shed light on Leo's character and his contributions to society. I hope to convey that confining Leo for a lengthy sentence would constrict his potential to positively impact society on a broader scale.

Dan

I know Leo Kelly through a prayer a group and he is related to my good friend.  What I know of him is this:

He is a Godly man.  He has lifted many up in prayer and has spurred me on in my faith as well.  Through this trial he has displayed his full confidence in the Lord and has taught all of us in his community what it looks like to be a true believer. He plays an active role with his church.  They travel the state of Iowa witnessing and sharing the gospel with others who don't know Jesus.  God has surely gifted him with a servant heart. Leo is humble and submits himself under God's authority.  He leads and loves well.  Leo is very welcoming to others.  If he doesn't know you, he takes the time to get to know you and takes an interest in you and your story. His smile is contagious!

He enjoys being with his family and getting to observe the whole family is beautiful!  His nieces and nephews are overjoyed to see him.  Honestly, he makes everyone feel like family!

God has blessed Leo in a way that needs to be shared with everyone.  I truly believe that sending Leo away from his community and potential people that he could reach with his testimony is a crime in itself.  I know God can use him anywhere.  But I think of the fruit and where it can grow the strongest.

It is easy for me to become angry and bitter over this situation, but Leo has pointed us back to God's word repeatedly at prayer group.  This has not robbed him of the joy that he has in Jesus Christ.  This has impacted me in a way and how I handle my own trials in life.  This needs to be shared with so many more!  Seeing the fruit in Leo's life is evidence to me that he has a heart for Jesus and wanting to follow in HIS ways.

Keeping Leo free allows others to be free in Christ.


Marylyn

Cedar Rapids Iowa




To The Honorable Judge Lamberth,


My brother Leo Kelly has been found guilty of crimes in a case that you have overseen.  His sentencing is coming up soon so I wanted to provide my thoughts in hope that you may consider them as you make a final decision. He is my older brother by 3 years and the uncle to my four young boys (aged 1, 3, 5, and 7). He is a great brother to me, brother-in-law to my wife, and uncle to our children. Leo is a blessing to all of those around him. This includes his family, his coworkers, his church, and the rest of our community.  Leo spends nearly all of his time working, with his family, or doing events with his church.  If Leo is removed from society by incarceration, it will cause great harm to the lives and the livelihoods of all of those around him.  Please consider having Leo pay his debt to society by continuing to serve those around him.


Thank you!

Andrew

August 9th, 2023 - Cedar Rapids, IA

To The Honorable Royce Lamberth:

I am writing to you on behalf of my brother, Leo and his trial that you preside over.  He is kind and generous to everyone around him with his time, money and spirit.  Incarcerating him would cause harm to society.  Leo has easily connected with people and spends most of his time working or helping others.  I will briefly offer a couple of examples although pages could be filled up with these stories.

First, I lived with Leo after he graduated from college in a small 2-bedroom house.  Leo had a friend that had lived in the dorms with him the past year and this friend hit a low point in his life and got kicked out of the house he lived in. He was currently living in his car for the past few days.  He was from Colorado and not nearby any of his family, so he reached out to Leo asking for help.  Since we had no other suitable rooms, Leo offered his friend the living room as his bedroom where he stayed with us for the summer.

Second, in 2008, there was a major flood in our city (Cedar Rapids, IA).  The flood caused our downtown to be overwhelmed with water and much of the communications infrastructure was offline.  At the time, I lived with Leo and our house had about 8 inches of water on the main floor so we were forced to evacuate.  Leo spent the next week or two hauling gas and generators through skywalks to maintain communications infrastructure during this time when his own home had been destroyed.

There are so many instances of Leo's generous behavior.  Now, he is an Uncle to eleven nieces and nephews and is the favorite uncle and sees almost all of these children on a weekly basis if not more often.  To send someone as kind and generous as Leo to prison is a major loss for society and I hope you will consider his contributions to society and importance to his family and community when assigning his sentence.



Philip

Cedar Rapids, IA

August 8, 2023

Dear Friends of the Court

I am writing to you about my nephew, Leo Kelly. I have known him all of his life and for what happened on January 6 at the Capital, I believe he has already paid his penalty for entering the Capital building in 2021. He has been tracked with a GPS ankle bracelet for months, has been required to make court dates out of town many times. His curiosity made him follow the crowd into the Capital with no intent to harm.  He even prayed for peace while observing the happenings. His character is peaceful person with good work ethics.

Thank You for your consideration on this matter.

Terry
Cedar Rapids, IA

August 8, 2023

Dear Friends of the Court

I am writing in behalf of my nephew Leo Kelly, that I have known all his life. He was involved in the 2021 January 6th incident at the Capital. He entered with no intention of harming others or damaging the Capital. He is a good individual, a good employee and a good neighbor.

Please be lenient with Leo as he has been through enough.

Thank You for your consideration on this matter.

Carol
Cedar Rapids, IA

August 7, 2023
Honorable Judge Lamberth,

My family and friends have spent many weeks praying for you, the prosecution, the defense and Leo Kelly. May Jesus Christ pour his wisdom out on each of you, and may you all have the strength to listen to it and apply it.

As sentencing approaches, I'm pleading with you to consider a sentence without any time served for Leo. Rather, you would deliver a sentence where he might serve his sentence in service to the community and consider the time he's already spent under restrictions.

I've known Leo my whole life. He was my boss for a period, a loyal friend, one of my husband's closest friends, and a man who chose to spend Wednesday mornings studying The Holy Bible on my front porch at 6am for many years. He's one of my kids' favorite people, and mine, too.

Leo spent time working in ministry to provide open-source bible translation to people without access, ventured around the world on his own to seek God's will in his life and explore the beauty of creation beyond the USA. In January 2020, you would have found him alongside my husband ministering with a team of local Mozambicans in southeastern Africa (a community of orphans, widows, and oppressed people who live on less than $2.50/day) after a horrific cyclone caused immense damage. Most recently, I've spent time missing Leo at our regular social events as his weeks and weekends are often filled with time ministering alongside his church's outreach. His volunteering with his church has truly been an act of service; behind the scenes setup, late night cleanup, listening to people whose lives have been severely damaged and ministering to and praying with them. His role in volunteering hasn't been one of flashy demonstration or elevated influence, but exactly the opposite.

He extended an invitation to my family and I to join him in DC on January 6th to hear President Trump speak. We considered joining with our young family, but ultimately declined due to a commitment at work on the same date. With certainty, I can say he didn't go with the intention to harm anyone, deface property, or any other kind of unlawful behavior. I understand the case has been ruled on by the jury, so I'll conclude my comments on the conviction here. It is with great sadness I have endured seeing his name and reputation treated so ruthlessly and carelessly.

Prisons are correctional facilities to be used to correct behavior. I urge you to consider, will time served have the greatest probability to cause Leo to become a better quality citizen or a worse quality citizen? The correctional plan or punishment best suited for Leo, with the intention of shaping him into a better quality citizen and preventing future actions such as the ones he has been accused of, is outside of prison entirely. I'm pleading with you to sentence him to service to the community and no time incarcerated.

Isaiah 33:22      Proverbs 27      Psalm 26      Psalm 23

Monica, Central City, IA


Your Honor:

This is an appeal for grace, compassion, kindness and justice on behalf of Mr Leo Kelly.

We have know Leo for about 8 years now. We have had meals together, worshiped together, played together, prayed together, laughed and cried together. In all of our interactions, we have never know Leo to be anything but genuine, kind, peaceable, loving and an upright man. His desire is to bring the glory of God to the world. He loves Jesus with all of his heart and has a passion that others to come to know Him also. The world needs more people like Leo who love so well, have compassion towards others, lifts others up, lives what they believe and brings truth and life to a dying world.
  Leo is an integral part of this community. Our lives are better because of his interaction in this community. He serves others and sees the best in people. He is not one to tear down, denigrate, stir up trouble, complain, tear apart or bring derision. He is a positive and beneficial member of our society. He is well loved by family, friends and the community at large.
  He would be dearly missed and our community would be worse off if he was not here. His family, friends, church, co-workers and community all need him to be present. Please remember mercy in your judgement.

Sincerely,
David & Susan
Cedar Rapids, Iowa

To whom it may concern,

I'm respectfully writing this letter for consideration in the sentencing of Leo Kelly who was swept into the crowd on J6 without being set on malicious intent.

As Leo's aunt, I've watched him grow since birth.  The firstborn of six children, he's been a good big brother.  He understands sharing, taking turns and playing fair.  Because of the good relationships built from their youth, Leo remains close with all of his siblings.  As the family grows, he has made especially strong bonds with his 12 nieces and nephews.  The family gathers weekly for Sunday dinner at his parents home and anytime I stop by Leo has a little one snuggled on his lap or teasing good-naturedly to be chased.  He's patient and tenderhearted with these "littles" and they clamor to be his favorite.  Leo loves his family and is loved by them.

Growing up, Leo was a bright student, played school football and graduated college.  He and two brothers bought their first home together before the 2 married, and Leo took some time to travel and work abroad before returning home and buying a house of his own.

Leo is orderly and methodical in his living.  His home is clean and well maintained, as a place where guests are welcome.  As a friend and role model (and cousin), he meets weekly with my oldest son, 10 years his junior.  At 6am each Wednesday, they study the Bible, discussing issues of concern to young men and sharing in each others lives.  I'm thankful that he is committed to giving of his time, even at this early hour, and pouring into my son.

Leo isn't only generous with his time but is also a generous giver.  His 21 year old sister has said he's one of her greatest financial supporters, as she's in Mexico serving with YWAM (Youth With A Mission).  Several years ago, he invited his youngest brother and one of my boys to travel west at his expense.  The trip's only purpose was for the fun of experiencing Mt. Rushmore and other destinations as they came upon them.  I believe Leo's humble nature gives to many worthy causes that he would never tell.

As a single man, he's living his life well.  He's taking care of himself physically, spiritually and financially as he plans for the family he's hoping to have in the future, all the while maintaining strong family relationships and building his career.

Good character is built, and Leo's life-habits are built on that foundation.  He's morally strong in his home and community; not prone to rebellion or wayward behavior.

As a homeowner and businessman, as well as a generous giver, he is a needed asset and productive citizen in our community.

As a son, brother, uncle, nephew, cousin, and friend many lives are richer under his influence and care.

As a citizen, he lives well.  He's educated, healthy, moral, hardworking, giving, productive, orderly, loyal and loving.

Leo's life of good character and being an honorable citizen is what I ask you to recognize of who he is and what he's made of.  Because he's proven steady and responsible in his past, I'm confident that we can expect the same from him in the future.  As a productive citizen, family man, and individual living a stable, responsible lifestyle, there's nothing to gain should he be removed from functioning in these respected and adored positions.

Please be gentle as you consider Leo's sentencing; there is a large community who benefits from his presence.

Sincerely,
Barbi
Robins, IA

Dear Friends of the Court
Or
To Whom it May Concern,

I am writing on behalf of Leo Kelly who has been charged in the January 6 protests.
Leo is in the same age group as my children    and I have watched him grow up into an upstanding,
conscientious young man with a strong work ethic.

He is part of a large and loving family with many nieces and nephews who love their Uncle Leo!
As a mother and grandmother myself, I feel a jail sentence would be devastating to many who
have a healthy, wholesome, daily interaction with Leo.

Thank you for considering this letter as a testimony in favor of keeping Leo as an
active part of his family, job and community.

Sincerely,

Kari
Springville, Iowa

August 4, 2023

To Whom It May Concern,

I write this note to vouch for the virtuous character of Leo Kelly. Leo is exactly the type of man our country needs more of.  He is a hard-working, tax-paying, family-loving man.  I know Leo through my friendship with his mom, Brenda.  Leo is an asset to the community, not someone who should be behind bars and certainly not someone who should be in the tax-payer funded prison system.  His freedom to be a contributor to society and to be the upstanding citizen that he is, benefits us all.
Do us all a favor: Free Leo!

Sandy
Cedar Rapids, IA

Your honor,

I met Leo just before the events that occurred on January 6, 2021. He had started coming to our church, and I was just getting to know him when we heard he had been caught up in the chaos of that day. As I barely knew him at the time, I wondered about how involved he really was in all that. But since then it has become clear to me that my friend Leo is a man who loves God and loves his country. More importantly, I have come to see that Leo has a huge heart for serving others, for going the extra mile to assist his fellow man or woman.

In our ministry, we regularly go into towns and communities struggling with poverty, brokenness, alcoholism and drug addiction. And time and again, Leo has been right there beside us as we try to provide hope to the hopeless and rest for the weary. Leo selflessly gives his time and energy and resources to aid others. Sometimes it is a small thing like giving someone a ride to somewhere, and other times it is a full-day commitment to do community outreach. Sometimes it is as simple as showing up with his truck when someone needs to move, and then there are those times when Leo has been on the road for work for several days and yet he still comes out to a small town with us to serve others.

Your honor, I know Leo has been convicted of crimes that would normally call for time in prison. He knows he was in the wrong place at the wrong time, and as he has mentioned time and again to me and others, there's not a day goes by that he doesn't regret allowing himself to get swept up in those events. You hold his fate in your hands. But I must say this: our nation is better served by Leo being allowed to continue serving his fellow Americans than by serving time behind bars.

Glenn Pettit
North Liberty, Iowa

August 5, 2023

To Whom It May Concern,

We are writing this letter to share what we know about Leo Kelly's character.  We have known Leo since January 2023 when we started attending church together.  Although we don't know Leo very well we have been able to observe the following characteristic of him through the last 7 months.  Leo is very consistent, we know this from observing him attending church, church events, and volunteering within our church.  As parents we have observed him interacting with our teenager at youth gatherings and even our toddler.  Our toddler simply loves him and he is so kind and sweet with her.  While attending our Easter Service our toddler was a bit unruly and was not wanting to stay with our family, Leo picked her up and held her while he was volunteering during the service.  Leo is a man of good character and his presence is a very important part of our community.

Sincerely,

*Alvaro* and *Kara*

Alvaro and Kara
Ely, Iowa

Dear friends of the court,

I am writing to you on behalf of my oldest brother, Leo Kelly.  It is with a heavy heart that I appeal to you.  My brother was at the U.S. capitol on January 6th 2021.  I've heard a lot of stories from that day but what I know about my brother was that he was there because he was hoping to see God move through prayer, he wasn't looking to cause any problem.  He is going to be sentenced and thinking about that really scares me.  I'm Natalie, I'm the youngest of 6 kids and like I said before, Leo is the oldest, he is older than me by 16 years.  Leo has always been someone that I look up to and admire tremendously.  He has been the first person to make me feel welcomed, to help me know that no matter the mistakes I make, there is always grace.  Leo has been like a father figure to me, I look up to him because he is passionate and has big dreams and he has taught me by example to never give up on my dreams.  He has taught me that Jesus' love never stops running after me.  His obedience to the Lord was a huge part in the reason that I became a missionary in Mazatlan, Mexico.  He is the most selfless person I know, he would give up his life for anyone around him.  Leo not only supports me in my dreams and is my number one cheerleader, but he also supports me financially.  Every month he donates to me because he believes in my ministry here in Mexico.  He has supported my mission and continues to be more generous always.  Although I don't always get to be with Leo because I live in another country, I know that my life would be seriously lacking without him in society.  I also know that he contributes in so many positive ways to his community in Iowa.  If he isn't working and leading with gentleness and generosity at his job, then he is volunteering with his church community, constantly traveling around Iowa to bring hope to the lost.
I appeal to you to be gracious with Leo and I hope you are assured that we are all better off with him in our community.
Thank you so much.
Natalie
Mazatlan, SIN, Mexico

August 6, 2023

To Whom It May Concern:

I have known Leo Kelly since he was a week old.

Our families lived 2 blocks apart. His mother, Brenda and I homeschooled our kids so we were

together often through the years. I got to watch all his great qualities come to maturity.

Leo has become a man who I would call:

A lover of God
A responsible citizen
Hard working
Generous
An encourager
Truthful
Considerate
Intelligent
Strong
Kind
Conscientious
Ambitious
Brave
Honest
Leader
Respected


He is a great asset to our society. We need his great qualities!


Kelly
Robins, Iowa

To whom it may concern,

I am writing this because my dear friend, Leo Kelly, has found himself in a dire predicament that threatens to derail the good trajectory he is currently on for his life. I have been walking closely alongside Leo for the last three years. We go to the same church. We attend the same  weekly prayer meetings and worship nights. We serve together on the same outreach team that travels the Midwest ministering to  youth groups, families, and church leaders. We have the same pastor who attended his entire trial in D.C. My goal is to voice my plea to keep him from having to go to jail.

During this trial, from the very beginning, I have never heard Leo complain once or become embittered by what he has had to go through. He has never bad-mouthed any of his prosecutors or decried any sense of injustice. Rather, he has humbly submitted to the process, trusting that the truth will vindicate him.

I believe if you witnessed the way he carried himself during his trial, you would vouch for the same uprightness in conduct and speech.

As I've observed Leo throughout this process, what has struck me the most is how stable he has remained. He continues to be dependable in his friendships and close relationships. He has maintained mentorship under our pastor. He has remained committed and faithful to the context of his own life. In fact, he has actually grown throughout all of this. He has committed himself even more fully. He has been present to an even greater extent to everyone around him.

For instance, as I write this, just yesterday, Leo drove one of the youth all the way from Cedar Rapids to North Liberty just so that the young gentleman would be able to participate in worship practice. He didn't have a ride. Every Sunday, he wakes up extra early, and he sets up a 40x25 LED wall for church. More than this, at every travelling event Leo, is one of the primary leaders when people come up for prayer. I've seen Leo listen to people pour out their heart's pain to him as he puts a loving arm around them to offer comfort. I've seen him give wisdom to our youth, who struggle so much. I've watched him serve wherever he is needed and give his time, money, and talents to anyone asking. And he never boasts about it.

I could say more. I could talk about how I've witnessed him be a good son to his parents, a good brother to his siblings, and an entrepreneur in his community. I could talk about how wrong it would be to put him in jail, or how the last three years has been punishment enough. However, my main desire is to simply ask for mercy by the judge. I'm his friend. I love him deeply and I'm asking you to not take him away from me, and everyone else who loves him so much. Please, if there be any grace, forgive Leo any wrong and do not add to what has already been penalty enough. I beg you from the bottom of my heart.

With the highest respect and honor,

Mitch Moylan

Hello, I am writing this letter on behalf of my friend Leo Kelly.

Leo is truly like a brother to me and i've only known him for a year. When I first came to the Well of Iowa, I had noticed that Leo had a kind and compassionate heart. I'm so thankful to have a friend like him because he is the type of person to drop everything to tend to his friends and families needs. Not only is he caring and compassionate, he is such a hard worker. I don't think i've ever heard him complain even with all the burdens he's been carrying since 2020. Leo is a man of perseverance and he is always putting others before himself.

I believe that the world and our church will be better off with Leo being a free man. I don't believe he deserves jail time and I know that he's felt the weight of the decision he made on January 6th of 2020. Although he never should've followed the crowd into the capital building, I strongly believe that he is being wrongly accused. He went into the capital that day with an intent to pray and intercede for this nation, which he did even in the chaos, but instead came out with a federal charge and so many disgusting opinions about his character from people that know nothing about him.

Leo has made a big impact on our church ever since he walked in. Every Sunday morning there is about 10 members of our church that help set up for church and Leo is included in that. We rent out a wedding venue so we have to set up every Sunday so this includes setting up and tearing down a led wall, connecting cabling and many other things which Leo is a big part of. I know that our community has benefited not only from his hard work but his kind heart and actions.

Emily, North Liberty, IA

Joshua
Coralville, IA52241

4th August 2023

Re: Leo Kelly Case

To Whom It May Concern:

I have known Leo Kelly for over two and a half years now. I couldn't name a person nicer than Leo. I don't think I have ever even seen him angry or in a heated argument with anybody. I have never heard him say a mean thing about anyone.

I know Leo through church. Leo spends a lot of time volunteering with setup and tear-down for church services and the many worship events our church holds. Since our church doesn't have its own church building and leases an event center on Sundays, there is a lot of setup and tear-down work that needs to be done every Sunday. There is a large screen that is made up of several small screens that is setup every Sunday. The setup is similar for all the worship events that take place every couple of weekends or so.

Leo also serves as a greeter, usher, as part of the prayer team, or wherever he can help at the worship and revival events put on by our churches outreach team. Leo always attends the Friday night worship services and Wednesday night prayer meetings at our church. This is how I see Leo spending his time. He is always ready to help, serve, and pray for others. Leo is a very valuable member of the church, and it would be sad to see him gone for any period of time.

Leo also attends all the church retreats, family gatherings, and any other activities people set up, such as movie nights, or soccer games.

Leo is a good friend. Just the other weekend Leo and I were helping other friends of ours move into their new home. I know that if I ever needed anything, Leo would not hesitate to help.

The Leo that I know is always trying to make the world a better place. We believe the best way to do this is to lead people to Jesus so that they will follow him and live moral lives. Jesus did not support the insurrectionists of his day and was nonviolent until death because his kingdom is not of the world. Leo is very committed to leading people to revival, to life in Christ.

I'm not sure what Leo was like before we met, but I imagine he was a good person then as well, except I realize that he made a mistake by entering the Capital on January 6th. I don't think Leo deserves to be locked-up for one mistake like that.

Leo is doing more to make this world a better place than almost anyone I can think of. The world will be better with Leo as a free man.

Thank you for reading this and taking it into consideration.

Sincerely,

Joshua

August 4, 2023

Dear Friends of the Court,

I am writing to you about my nephew, Leo Kelly.  It is with extreme sadness that I appeal to you on behalf of Leo.  He found himself caught up in the crowd walking into the Capitol on Jan 6, with no ill intent, and is now facing sentencing.  Without Leo in his community, many people will deeply miss his friendship and leadership in helping all those around him become better people.

I have known Leo all his life and, from a young child to now over 30, he has been a person who exemplifies everything you would hope for in a son, nephew, friend, and contributing member of the community and the country.  He is looked up to, confided in, trusted and respected by everyone who has ever spent any time with him.

Leo touches everyone he encounters in a way that makes them want to be a better person.  If Leo is absent from the community, hundreds of people, and the community, will suffer greatly as a result.

I am appealing to you to be lenient with Leo and you can be guaranteed that the world around him will be better off.

Thank you for your consideration on this matter.

Kathleen
Scottsdale, AZ

To whom it may concern:                          August 2, 2023

re:  Mr. Leo Kelly

Dear Honorable Judge,

I have been a Community Banker for 40 years, Bank President for over 25 years. This position
has required me to become a good judge of character.  I have known Leo Kelly for his entire life.
In my professional experience I have found him to be very responsible and conscientious.  His
business dealings have always been conducted as agreed.

As a community member, I recognize Mr. Kelly as being a proper citizen. He has broadly
contributed to his community by sharing his talents locally as well as through world mission
projects. I have never known him to be malicious or dangerous toward others.

I believe it would be very unfortunate to find that the curiosities of a DC tourist could remove a
person, such as Mr. Kelly, from continuing to positively contribute to our society.

Respectfully,

Readlyn, Iowa

My name is Bianca, and I am a 30-year-old woman from North Liberty, Iowa. My entire life up until three years ago or so, I had experienced
nothing but negative relationships with men. My father was imprisoned for the majority of my adolescent life and his absence had a
significant impact on my life. Although I do believe my father deserved to be in prison for his actions, I strongly believe Leo Kelly does not
deserve to be imprisoned. My father's decision to sell drugs impacted not only my entire family, but families of others we didn't even know
because of the large quantities of hard drugs he was putting on the streets. My father was violent, dangerous, and self-seeking. Leo Kelly is
gentle, kind, and selfless. Leo is always serving the communities around him, as well as other states. Always lending out a helping hand to
people that are less fortunate in life, drug addicts, homeless. This world needs people like Leo who are slow to judge and quick to find a way
to help. He models patience, respect, gentleness, and love to the upcoming generations. Children and youth gravitate towards him, and the
mothers' love all the help that he gives. I cannot stress it enough how selfless he is, he would give it all to a person in need.

In conclusion, there aren't enough words to describe why I believe Leo does not deserve to be imprisoned. Leo has impacted the way that I
see men and has been a part of my healing process. I understand that to whomever is reading this, all of this may seem insignificant to you,
including Leo's life, but to me it would be another greatly negative impact to my life, and I know many many others would feel the same. This
community would feel a devastating impact.

Brandon

Cedar-Rapids, IA

8/4/23

Your Honor,

I work for an IT company in Cedar Rapids, IA and had the privilege of meeting Leo about six and a half years ago. From day one, Leo has been a great mentor, he is always willing to help determine a new avenue to solve a problem from which someone else had not previously pursued. While in his company, he has always been helpful and kind to everyone he crosses paths with. He encourages people to be morally-resolute. He actively participates in church, attends the functions and is excited to introduce new people to the congregation.

Leo is one of the humblest people I know, he does not let personal problems get in the way of decision-making. He also talks through things in a manner that allows people to have a better understanding of the content; his patience is bar none. The knowledge he has and the way in which he applies that knowledge are qualities that should be sought by everyone. Leo is not someone to judge another by their intelligence, appearance or personal beliefs.

Leo has traveled to different countries as part of church functions, where he helps people who aren't as fortunate. He has helped his friends when they are in need, even if it meant traveling hundreds of miles. In fact, if it weren't for Leo, I would not have participated in a workshop at a trade show where I had to speak to a room full of people a few years back. I was very nervous about it and was not very enthused about participating. While discussing my hesitations with Leo, he told me that I had two options, not doing it and nothing changes; or, do the workshop. It could go bad and it could be embarrassing however, I would get to experience the opportunity to have a sense of accomplishment. While I feel I botched the workshop, that experience was important and he was right, I gained new insight and was extremely proud of myself for completing the workshop.

Leo encourages people to be better versions of themselves, he takes the time to listen to the issues at hand and provides compelling arguments to help someone through their decisions. When other people just tell someone what to do, Leo listens, gives feedback and encourages that person to give their input,

all of which are vital to find a solution that best suits that individual's situation. When he is tasked with a difficult situation, he ponders the outcomes and decides with moral confidence.

Leo is better off out in the world making new friendships, mentoring people, listening to those he just met looking for guidance. He recently went on a church trip to Colorado mentoring minds while being in the wilderness. While this trial has weighed on Leo and his immediate family, it has also weighed on his friend's and coworker's minds. Nonetheless, Leo is still moving forward with God as his guide. It would be my hope that the court can find that, while Leo has been convicted in the court of law, he still finds the motivation to keep being a positive influence on those in his life, whether he has known them for years or just met them 5 seconds ago.

Leo is someone who is thankful for the opportunities he receives. He doesn't spend his time soaking in front of a tv or playing video games. He spends his time participating in church including trips, biking, working, or with family and friends. Leo has taught me that relishing in frustration doesn't foster perseverance, letting opportunities go to waste stalls potential and that God is always available to help us through tough times. Because of Leo I have taken up interest in religion, while I am not nearly as involved with the church as Leo is, I have him to thank for bringing that interest to my life.

It is with great hope that the court grants Leo the opportunity to continue being a bright light in people's lives. In society, food and shelter are necessary for survival. Leo provides these in the form of knowledge, integrity, understanding and morals. He will stand up for those who are afraid of the consequences when speaking the truth and provide a sounding board to conquer challenges—shelter.

I do not have the many years of experience delivering judgements to people who come before you. I do not know what it is like to wrestle with the facts of a case and decide on something whether the case is iron clad or the defendant had the misfortune of poor representation. One thing I do know is, if it were a tough decision and I needed some guidance, Leo is the person who I would consult with.

Thank you for your time and consideration.

Sincerely,

Brandon

August 4, 2023

Megan

Cedar Rapids, IA

Your Honor,

I began working at 2pifi as an accountant in August of 2019 under the direct supervision of Leo Kelly. However, over the past four years Leo has far exceeded his role as a supervisor: He has been a mentor, a friend,  the voice of reason, a shoulder to lean on when needed and a man of morals and integrity.

Leo is the type of individual that will offer to open his home to you when a derecho sweeps through your community. In August of 2020 Cedar Rapids was hit with a derecho that left us without power for weeks, some longer, cell service was spotty at best, our community was left in devastation. Leo had moved shortly before the storm came and his electrical lines were underground, which meant his power was not as severely impacted as others and was restored much sooner than the majority of the city. Leo, at the time, was out of town on a family vacation and due to the phone lines being down, had very little understanding of the severity of the storm: Yet, he was offering to open his home to me and my family. Many individuals were concerned about getting their home in order after the storm, but not Leo. When he returned home, he was out among the community helping his neighbors, friends and complete strangers clean up the debris leftover from the storm.

As a supervisor Leo has treated me with the utmost respect and kindness, sometimes I think Leo has more faith in me than I do myself. He continually encourages me to expand my knowledge and because of Leo I have had the courage to take a course on programming and have learned some scripting. I've learned about health benefits, taxes and installing fixed wireless internet. I had no knowledge regarding the industry in which I was working in and no experience coordinating fixed wireless internet installs. I was extremely hesitant when I was asked if I wanted to attempt an install: I did not want to fail, but I especially did not want to let my company down. With Leo's encouragement and guidance, I decided I would undertake the challenge. Without a doubt, installs defeated me: they were not my niche. While I was extremely disappointed with my performance, Leo celebrated the fact that I tried something new and gained insight and knowledge from this experience. That's typical for Leo though, he approaches every opportunity with a positive mentality hoping to gain knowledge and understanding and uses his experiences to encourage others to evolve into a better version of themselves.

While the average person takes PTO to rest and relax, Leo typically takes that time to give back to the community; whether it's a mission trip for church, helping a friend move, serving his community through outreach programs or going out of the country to help build communities for those who are less fortunate. While it would be easy to seek recognition or applause for these actions, Leo does not: His humbleness is admirable. Leo participates in these activities simply because he wants to give back to others.

I learned a long time ago that life's not easy, we are all faced with decisions and obstacles that are less than ideal and at some point we may face consequences for these decisions. Sometimes, the answer doesn't require a lot of thought and other times it's not immediately clear on how to proceed. Like many other individuals in the workforce, there have been times I have received a distasteful email or something aggravated me, and my initial response would be impulsive and more than likely hurtful. These are the times that I go to Leo, because Leo is level-headed, remains calm and reminds me that everyone deserves grace and forgiveness. He gives me guidance on how to respond to the issue in a manner that is calm and respectful but allows me to have a voice in the matter as well. Leo once told me, the only way to stop being resentful to someone who hurt you is to love them and when you love them you will see how the relationship grows. Leo's heart is pure love, he shows love to those around him, whether he knows the person or not.

The saying "Actions speak louder than words" may be  true in most cases; however, I don't believe it's accurate in this scenario. I truly believe that if anybody in the courtroom had met Leo under different circumstances, they would have the same opinions and beliefs about him as I do. Leo has many commendable qualities; but, one that I find truly admirable is his ability to not judge someone based on their worst day. He finds a way to look past that and to acknowledge that people make mistakes, these mistakes do not define them as a person, it simply makes them human. Every day Leo strives to be better, do better and to help others do the same, I believe that a lapse of judgment on one day shouldn't define who he is. The world we live in is definitely not perfect, but it is a better place because of Leo. The circumstances in which you are reading this are unfortunate, but it has been an honor to write on Leo's behalf. I hope that when the time comes and a decision has to be made, that you will take this letter into consideration. Thank you for your time and consideration.

Sincerely,


Megan


Dear Judge and court,

Leo has been a part of our church family since 2021. This is when our family started coming as well. My first impression of him was that he was quiet and one that had a heart for prayer.

As he has spent time with us having meals, prayer time each Wednesday, worship time on Fridays, church on Sundays and helping with church events each summer he has been consistent. Rarely does he miss a time of gathering unless it is for time for his family.

He has been a man with integrity and love for others. He has not complained but encouraged others. He has a deep love for the Lord to serve Him and others. He comes from a family that desires this as well. Over the last 2 years I have seen him lay all these burdens down knowing the Lord will redeem it all. He has opened his hands knowing that the trial is being sifted and ordained by God who he loves and serves.

He has paused his life, it seems because of this trial; it seems not to burden others but to wait on the Lord and walk through all this with integrity and patience.

I hope and pray that if it possible and with in your power I ask that you would consider no jail time for Leo, and consider the last two years as time served. He did not go to the capital with ill will or did he enter in and consider this as an act of aggression but of love for his country to pray and seek God's face for our country and it's people. He did it with a peaceful heart and love for others. He has walked these past two years with the same desire to bring a servant heart to love others and to show Jesus to the people around him.

I consider him a beloved brother, I am praying and asking for mercy for Leo. I will lift all this up to the hands of the Father and know He will be intervening for His beloved son, Leo, as well.

I pray and ask the Lord for blessing to those who are serving in the court. May He, the King of Kings reign and the Lord Jesus shine His light into all these things and His wisdom preside in all decisions.

Blessings,
Darlene Morlan

Hello, ¶

¶

I am writing this letter on behalf of my close friend Leo Kelly. I'm sure you get lots of letter so I do hope and pray that you read all these letters before making your final decision. ¶

¶

I met Leo about 3 years ago when he came to my church one Sunday. If you knew our church at the time it was pretty small in numbers. In total we had about 30 people so when someone new came it was a pretty big deal. When Leo came in he seemed like a very nice man, kept to himself but there was something about him that was different. I felt as though he wasn't just going to be here for one service and leave but that he was going to be here for awhile. He kept coming to church and then eventually we all saw what happened on Jan 6th and how he was involved in all of it. We weren't so quick to judge what happened but more so wanted to hear him out and see what the motives were. Of course we don't condone what happened on that day but with Leo's case he was in the wrong place at the wrong time. He had a passion and desire to pray for our leaders of this nation but he handled a spiritual problem with a political solution. Over the course of the years with Leo what I've learned and seen from him is a humble man that doesn't ask for any credit when it comes to helping us set up and tear down for Sunday service every Sunday morning. I see a hard worker that is always giving his 100% even if he didn't feel like it. I see a man who has so much compassion and love for those around him. He granted an opportunity for a dear friend of mine to help her gain an income by designing his company's website. He could've asked a professional but instead wanted to help her since she was in-between jobs. He also helped donate a certain amount of funds for our church to be able to get an RV for our church events whenever we go out of town which has helped us so much especially in the

summer time. He doesn't ask for credit or even expect it. In fact for a long time it was under an anonymous donation till of recent that we found out. Lastly I've seen such a nurturing heart towards the children at our church especially my son. He has become an uncle figure towards him. He loves to play with all the kids and is always ready to lend a hand to me if I needed help with my son. Leo is a good man that sure didn't make a sound decision on that day but has since been paying for it. With the waiting period of his trial being pushed back and back. Having the weight of that on his shoulders for 2 years would mess with anyone. So I ask you judge that this man that I and many others will be writing about seem like a man that should be behind bars? Again I am not asking for his case to go undone and that there would be no punishment but not sure if you are a believer but as God has forgiven us time and time I do hope that you have mercy over my dear friend and brother Leo and give him a chance to continue his life here with us which is to serve our community through the love of Christ. Thank you for all that you do and your service as a judge.

- Kim, North Liberty, IA