UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEO CHRISTOPHER KELLY,<br><br>*Defendant.* | Case No. 1:21-CR-708-RCL-1 |

### ORDER

Defendant's motion [118] for new trial and judgment of acquittal is **DENIED** for the reasons stated in the Memorandum Opinion issued by the Court this same date.

Defendant's motion [124] for permission to file a motion under seal and *ex parte* is **DENIED**. It is beyond belief that the Court would permit defense counsel to *ex parte* investigate members of the jury without the knowledge of the U.S. Attorney. The Court refuses to engage in such an improper exercise with the defendant. Consequently, the Court **DENIES** the defendant's motion to file under seal and directs that the defendant's motion be filed on the record.

Defendant's motion [124-1] for permission to interview jurors, which was included in defendant's motion [124] for permission to file under seal and *ex parte*, and which the Court has ordered be filed on the record, is **DENIED** for the reasons stated in the Memorandum Opinion issued by the Court this same date. It should now be obvious that the Court will not permit the defendant to engage in an *ex parte* fishing expedition.

**IT IS SO ORDERED.**

Date: August 16, 2023

Royce C. Lamberth
United States District Judge