IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-21-CR-708(RCL) |
| LEO KELLY, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

The Defendant, LEO KELLY, by and through his counsel, Kira Anne West, hereby files five additional letters of support for his sentencing

Respectfully submitted,

_/s/ Kira West_____
Kira Anne West
712 H Street NE
Suite 509
Washington, D.C. 20001
D.C. Bar No. 993523
(202) 236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I swear that on August 16th, 2023 a copy of this notice and letters were filed via the ECF and rules of this Court.

_____/s/Kira west_____
Kira A. West