To Whom It May Concern,

Leo is one of the most generous, servant hearted people I know. He is a leader in his business, yet he treats the people he leads as though he is one of them and does not "lord" himself over them. He starts each day in prayer and lives by the word of God. He is a blessed man, and everything he sets his heart and mind to do, it prospers and succeeds.

I am a volunteer missionary, not paid for what I do, serving in Mexico. Leo has lavishly supported me financially with thousands of dollars, and has supported the base I serve at with many more thousands of dollars. He has enabled me and our base to help lead a ministry that serves a local hospital, is renovating a medical ship that will bring medical help to isolated communities, reaches drug addicts with a message of hope, and has mobilized 100s of young people to serve in Mexico and other nations. In addition to Leo's love for Mexico, he has passionately served his church in a small town, which is working to bring the hope of Jesus back to Iowa, the Midwest, and the beautiful people of our nation.

Please know that I can say with 100% certainty that he is a good-willed, upright man; he will in no way be a harm and will only be an abundant blessing to our society and our nation, assuming in the end there is found no reason for a harsh sentence. As a fellow citizen of our nation, I encourage the lightest possible sentencing that can be given in this case, there will no downside or ill-conceived result. Thank you for taking my testimony about Leo into consideration.

Truly,
Brennan