Leo Kelly a brother of so many who's serving heart which has been demonstrated not only in front of family, relatives, and friends, but to all who have come across path's with Leo.  One great quality Leo has been gifted with is his unconditional big smile that flows from his face.  That smile that has greeted so many around the community,state and nation.  That smile which is contagious and filled with so much hope, love and joy that comes from within the spirit Leo is filled with.  Through witness of conversations I have had with Leo. Also through witnessing from afar of his conversations with others.  Not one has ever left without a return of that smile back to Leo.  Another character of Leo servant heart is his sound mind. With that allows Leo to choose compassion over conflict.  This is a man who understands that he is not in control of changing hearts and minds, but a man who understands that even when we may not agree on something with others.  He always leads by the standard that was left unto us and shows compassion towards anyone.  By that standard in which Jesus Christ set for us thousands of years ago, lives by that standard and is displayed by his actions and words that come from his faith.  To take Leo out of the community,state and nation will be a sad and terrible day for all.  Leo Kelly, a brother and sister of so many. Does not need the world, but the world certainly needs Leo Kelly.

All glory to God!  brother! Your faithfulness towards God has been a blessing to witness under the circumstances. Romans 12:19 do not take revenge, my dear friends, but leave room for God's wrath, for it is Written: "it is mine to avenge; I will repay'  says the lord.

well be continuing to pray for you brother.

Colby Smith