August 16, 2023

Emily
Clear Lake, IA


Dear Sir or Madam,

On behalf of Leo Kelly, I would like to express my high regard for his good character.

I have known Leo all his life, and have witnessed his genuine care for others as his most outstanding quality. In his relationships, whether related to church, business, or family, he exhibits genuine sincerity and desires to give of himself to help those around him in sacrificial ways.

An example would be how he recently inconvenienced himself by leaving a local weekend vacation early to meet commitments he had made to set up at his church. This would have been an easy thing for him to push off on someone else, but in his integrity, he chose to do the hard, but right thing.

As a free person, Leo will spend his time caring for and encouraging every person he interacts with. Under other circumstances he would too. Leo will not attempt to put himself first, but he will always try to make things better for anyone he is around even if that is under incarceration. With respect, however, I ask you to give him the opportunity to live out his genuine care for others in freedom.

This world needs more people like Leo.

Sincerely,

Emily
Clear Lake, IA