Dear Court,

I am writing to let you know that I have known the Kelly family for a long time.  Even though I do not know Leo really well, my interactions have been very positive.
I have found him to be an upright person with many positive character traits.  In fact, I think he would be one of the last people I would think of as someone needing jail time.  He is peaceful, kind, helpful, and a hard worker.  Jail is for people who are a threat to society.  Leo is definitely not a threat to society.

Sally
Cedar Rapids, Iowa