UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-708-RCL-1 |
| | ) |
| LEO KELLY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER TO SHOW CAUSE

On August 18, 2023, this Court sentenced defendant Leo Christopher Kelly to thirty months' imprisonment. Judgment, ECF No. 135. Mr. Kelly was incarcerated at a Bureau of Prisons correctional facility in Rochester, Minnesota. On September 9, 2024, upon joint motion of the parties, the U.S. Court of Appeals for the D.C. Circuit issued an order vacating Mr. Kelly's conviction for a violation of 18 U.S.C. § 1512(c)(2) and remanded the case for further proceedings. *See* Mandate of USCA, ECF No. 152. Defense counsel notified the Bureau of Prisons of the D.C. Circuit's order, *see* Mot. for Status Conference 2, ECF No. 153, but attests that he did not ask for Mr. Kelly's release from prison.

Nevertheless, on September 23, 2024, the Government notified this Court that the Bureau of Prisons had erroneously released Mr. Kelly from prison four days prior. *Id.* The Bureau of Prisons did so without an order from any court, and with Mr. Kelly having served only 11 months of the 30-month sentence ordered by this Court. Both parties agree that Mr. Kelly's release was erroneous.

The parties convened for a status conference on September 26, 2024. Counsel for both parties attempted to explain why Mr. Kelly was released prematurely and without authorization,

but questions remain. Therefore, upon consideration of this Court's judgment of August 18, 2023, and the entire record herein, it is hereby

**ORDERED** that Jared Rardin, the Warden of FMC Rochester, and Colette S. Peters, the Director of the Bureau of Prisons, shall show cause in writing within 30 days as to why they should not be held in contempt of this Court's Order sentencing Mr. Kelly to 30 months' imprisonment; and it is further

**ORDERED** that the United States shall ensure that a copy of this order is provided **FORTHWITH** to Warden Rardin and Director Peters.

It is **SO ORDERED**.

Date: September 26, 2024

Royce C. Lamberth
United States District Court Judge