UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 21-cr-708-RCL |
| v. | : | |
| | : | |
| LEO KELLY, | : | |
| | : | |
| Defendant. | : | |

## RESPONSE TO COURT ORDER

The United States of America, by and through counsel, respectfully submits this response to the Court's September 26, 2024 Order, ECF No. 154. In response to the Court's show cause to the U.S. Bureau of Prisons, the government hereby submits a declaration and attachment on behalf of the BOP, which address the circumstances of the erroneous release of the defendant from incarceration. In light of the attached declaration, and given the serious efforts that the BOP has undertaken to rectify any future error, the government respectfully requests the Court to vacate the show cause order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ Ashley Akers
        ASHLEY AKERS
        MO Bar #69601
        Senior Trial Counsel
        United States Attorney's Office
        601 D Street, N.W.
        Washington, DC 20530
        Phone: (202) 353-0521
        Email: Ashley.Akers@usdoj.gov

*/s/ Gregory Rosen*
GREGORY ROSEN
Assistant United States Attorney
VA Bar No. 82584
U.S. Attorney's Office
District of Columbia
601 D Street N.W.
Washington, D.C. 20530
Gregory.rosen@usdoj.gov
(202) 252-6932