IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | § <br> § |
| v. | § <br> § <br> § Case No. 1:21-cr-708-RCL-1 |
| LEO KELLY, | § <br> § |
| *Defendant.* | § <br> § <br> § |

## DECLARATION OF RICHARD L. STOVER

1. I am presently employed as Senior Deputy Assistant Director (SDAD) for the Correctional Programs Division of the United States Department of Justice, Federal Bureau of Prisons (BOP or Bureau), at the Designation and Sentence Computation Center (DSCC) located in Grand Prairie, Texas. I have been employed by the Bureau since April of 1997, and I have held my current position as SDAD since June of 2024. My duties as SDAD include providing direction, guidance, and coordination of all activities on a national level regarding Unit Management, Case Management, Security Designation and Custody Classification, Sentence Computation, Pretrial Detention, Victim/Witness Programs, Inmate Performance Pay, and the Central Inmate Monitoring System. I work in close liaison with the United States District Courts, the District of Columbia Superior Court, all Bureau institutions, the United States Parole Commission, United States Attorney's Offices, other divisions of the Department of

Justice, and various other governmental and nongovernmental agencies. I also provide services and direction to institution staff and am involved in a wide range of activities pertaining to the management of individuals committed to the custody of the Attorney General and under the care of the Bureau.

2. Bureau Director Colette S. Peters and Warden Jared Rardin of the Federal Medical Center (FMC) in Rochester, Minnesota, are aware of this Honorable Court's Show Cause Order related to the untimely release of Leo Kelly (Fed. Reg. Number 26155-509) and have authorized me to respond on their behalf and on the behalf of the Bureau in my capacity as SDAD over the DSCC and the sentence computations completed by staff at that facility. After being notified of Mr. Kelly's untimely release, I directed DSCC staff to complete a thorough review of the sentence computation for Mr. Kelly to determine the cause of the untimely release. In response to this Court's Show Cause Order, I am providing the following summary of that review, along with the corrective actions that have already been taken and that are being planned to prevent a future recurrence of this error.

## Summary of Sentence Computation

3. On January 18, 2021, Mr. Kelly was arrested and held in custody by federal authorities in what became United States District Court for the District of Columbia Case Number 1:21-cr-708-RCL-1. On January 19, 2021, Mr. Kelly released from custody on bond.

4. On August 18, 2023, Mr. Kelly was sentenced to a 30-month total term of imprisonment in United States District Court for the District of Columbia Case Number 1:21-cr-708-RCL-1. At the time of sentencing the Court ordered Mr. Kelly to surrender for service of his federal sentence at the institution designated by the Bureau, as notified by the Probation or Pretrial Services Office.

5. On October 18, 2023, Mr. Kelly surrendered for service of his federal sentence at FMC Rochester, the institution designated by the Bureau.

6. On September 9, 2024, the United States Court of Appeals for the District of Columbia Circuit issued an order stating in part, "ORDERED that appellant's [Mr. Kelly's] conviction under 18 U.S.C. § 1512(c)(2) be vacated and the case be remanded for further proceedings."

7. On September 19, 2024, institution staff from FMC Rochester forwarded to DSCC staff the order from the Court of Appeals that had been sent to them by counsel for Mr. Kelly. The DSCC staff member reviewing the order misread the order as a final dismissal of the 18 U.S.C. § 1512(c)(2) count and overlooked the Court of Appeals' remand to the District Court for further proceedings. Due to this error, the DSCC staff member updated the sentence computation and advised institution staff at FMC

Rochester to release Mr. Kelly from Bureau custody on this date. Specifically, the DSCC staff member removed the 30-month term on Count 1, with the remaining counts having a total term of 12 months. This update to Mr. Kelly's computation resulted in the recalculation of his federal sentence as a 12-month total term of confinement, resulting in his erroneous release on September 19, 2024. *See Attachment 1*.

8. On September 20, 2024, the United States Attorney's Office for the District of Columbia contacted the Bureau's North Central Regional Office regarding the untimely release of Mr. Kelly.

9. On September 23, 2024, the United States Attorney's Office notified the Court of the untimely release, and on September 26, 2024, the U.S. District Court for the District of Columbia, Official Court Electronic Document Filing System, in District of Columbia Case Number 1:21-cr-708-RCL-1, indicates that Mr. Kelly's original Order setting conditions of release was reinstated while he is awaiting further proceedings at the District Court.

10. Mr. Kelly's federal sentence is currently calculated as a 30-month total term of confinement commencing on October 18, 2023, the date of his voluntary surrender for the service of his federal sentence. Title 18 U.S.C. § 3585(a), as referenced in Program

Statement 5880.28, <u>Sentence Computation Manual, CCCA of 1984</u>, provides that "A sentence to a term of imprisonment commences on the date the defendant is received in custody awaiting transportation to, or arrives voluntarily to commence service at, the official detention facility at which the sentence is to be served."

11. Prior custody credit is controlled by 18 U.S.C. § 3585(b), and states that: "A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences- (1) as a result of the offense for which the sentence was imposed; or (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed; that has not been credited against another sentence."

12. Program Statement 5880.28, <u>Sentence Computation Manual, CCCA of 1984</u>, states in part, "Once a sentence has begun to run, it may become 'inoperative' (stop running) for a number of reasons, such as, escape, civil contempt, and release pending appeal."

13. Based on the aforementioned statutes and Bureau policy, Mr. Kelly's federal sentence is currently calculated as a 30-month total term of confinement with prior custody credit from January 18, 2021, through January 19, 2021, applied to the federal sentence. Based on the U.S. District Court's reinstatement of Mr. Kelly's conditions of release on September 26, 2024, his sentence became inoperative and stopped

running effective September 27, 2024, pending his resentencing. As the Circuit Court of Appeals remanded the 30-month sentence for further proceedings at the District Court level, the Bureau interprets the 30-month sentence as not being finally vacated until the District Court issues any further order related to the sentence. Mr. Kelly's sentence computation will be updated as needed upon receipt of a new Judgment and Commitment.

14. On behalf of the Bureau, Director Peters, and Warden Rardin, I apologize to the Court that this error resulting in the untimely release of Mr. Kelly occurred. Please be assured the DSCC is taking corrective actions to ensure there are no further instances of the same error.

## Summary of Corrective Actions Taken and Planned

15. To ensure this error is not repeated, DSCC staff received additional training on September 25, 2024, regarding federal sentences vacated by the Circuit Court of Appeals that are remanded to the District Court. Specifically, the DSCC staff responsible for handling cases out of the United States District Court for the District of Columbia (Delta Team), received training that focused on identifying specific details in the judgment and recognizing key language. Additionally, these staff were instructed to advise the appropriate DSCC Operations Manager or Management

Analyst for verification prior to any updates being made to the computation.

16. The DSCC is also currently working with the Bureau's Office of General Counsel to develop additional training related to the appellate process and the proper interpretation of appellate court orders. Once a presentation has been finalized, an attorney with the Bureau's Office of General Counsel will provide the training for all sentence computation staff at the DSCC.

I hereby certify that all documents attached to this declaration are true and correct copies. I further affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct to the best of my information, knowledge, and belief.

Executed this 25th day of October, 2024, in Grand Prairie, Texas.

_____
Richard L. Stover
Senior Deputy Assistant Director,
Correctional Programs Division
Designation and Sentence Computation Center
Grand Prairie, Texas

# ATTACHMENT

1. Adjusted Release Notification (BP-A0558) for Leo Christopher Kelly