# Attachment 1

BP-A0558
JULY 17

**ADJUSTED RELEASE NOTIFICATION**

CDFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

---

**1.   PART A (TO BE COMPLETED BY DESIGNATION & SENTENCE COMPUTATION CENTER)**

| Facility: RCH | Inmate's Name: Leo Christopher Kelly | Register Number: 26155-509 |
|---|---|---|

| Correct Statutory Release Date: pend resent<br>Actual Release Date: 09-19-2024 | Early: ✓    Late: __<br>Supervision to Follow:   Yes ✓   No __ |
|---|---|

| Type of Adjusted Release:<br><br>Sentence Vacated/Dismissed | Security Level:<br>__ High        __ Minimum<br>✓ Medium      __ Administrative<br>__ Low |
|---|---|

Explanation: On August 18, 2023 Mr. Kelly was sentence in the District of Columbia to count 1, 30 months count 2, 12 months and counts 4-7 six months terms of incarceration all to run concurrently in case 21 CR 708. Mr. Kelly voluntary surrendered to start serving the sentence on October 18, 2023.

On September 19, 2024 the DSCC received an appeal order to vacate the 18:1512(c)(2), count 1, 30 month term and for the case to be remanded for further proceedings. On September 19, 2024 the computation was updated to remove the vacated count of 30 months resulting in a statutory release date of October 15 2024, and a FSA release date of September 19, 2024 and the AIC was release that day.

*Digitally signed by JERRY SMITH Date: 2024.09.23 10:30:08 -05'00'*

**JERRY SMITH**

Date of Notification:  9-19-2024

**2.   PART B (TO BE COMPLETED BY CHIEF EXECUTIVE OFFICER RESPONSIBLE FOR INMATE'S ADJUSTED RELEASE, (DSCC, INST., RRM))**

Comments: This adjusted release is the result of DSCC staff error.  DSCC staff received an appeal order in which the Appellate Court vacated the 30 month term for Kelly and remanded the sentence back to the District Court for further proceedings. DSCC staff vacated the 30 month term and notified institution staff to release Kelly.  However, the Appellate Court remanded the case back to the District Court and the DSCC should have waited for a final disposition from the District Court before notifying the institution to release the inmate.  This case will be addressed directly with the staff members involved.

*Digitally signed by KATHY WILLIAMS Date: 2024.09.23 11:57:52 -05'00'*

**KATHY WILLIAMS**

**3.   PART C (TO BE COMPLETED BY WARDEN OR DESIGNEE FOR EARLY RELEASES ONLY)**

Threat Evaluation of Release (Prior acts of violence, broad publicity, CIM status, etc):

---