# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>)<br>)<br>LEO KELLY, )<br>            Defendant. )<br>_____) | Case No. 21-cr-708 (RCL) |

## Motion to Withdraw

Undersigned counsel was trial counsel for the above defendant. The defendant was recently resentenced by this Court. *See* ECF Nos. 162 & 163. Mr. Kelly has appellate counsel, Nic Smith. Undersigned counsel has retired. Undersigned counsel has served this motion on Mr. Smith for his client.

Wherefore, undersigned counsel respectfully requests that she be released from the case and the motion to withdraw be granted.

Respectfully submitted,

KIRA ANNE WEST

By:   /s/*Kira Anne West*
        Kira Anne West
        DC Bar No. 993523
        712 H Street N.E., Unit #509
        Washington, D.C. 20002
        Phone:  202-236-2042
        kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 13th day of January, 2025, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

                                                  /s/*Kira Anne West*
                                                  Kira Anne West

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 21-CR-708 (RCL)** |
| ) | |
| ) | |
| **LEO KELLY,** ) | |
|         **Defendant.** ) | |
| ) | |

## ORDER

This Court has considered the motion to withdraw filed by trial counsel for defendant Kelly. Finding it meritorious, the motion is GRANTED/DENIED.

**SO ORDERED this _____ day of _____, 2025.**

_____
Royce C. Lamberth
United States District Judge